SARAH KERNER, Respondent, v. KATE SYMONDS, Appellant.— Order so far as appealed from modified by granting defendant's motion for a bill of particulars

as to items " 7 " and " 8 " also, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.